**No. 11-7828. Jason E. Frazier, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1125, 181 L. Ed. 2d 1003, 2012 U.S. LEXIS 609.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 429 Fed. Appx. 730.